

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-18-00291-CV & 04-18-00292-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF H.V.**

From the Probate Court No. 1, Bexar County, Texas
Trial Court Nos. 2018-MH-1084 & 2018-MH-1161
Honorable Kelly Cross, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's orders are AFFIRMED.

SIGNED November 21, 2018.

_____
Rebeca C. Martinez, Justice